No. 97–901. McLELAND v. SYNCOR INTERNATIONAL CORP. C. A. 4th Cir. Certiorari denied.

No. 97–906. BLANKENSHIP v. PARKE CARE CENTERS, INC., DBA BARBARA PARKE CONVALESCENT CENTER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–915. AMBANC LA MESA LIMITED PARTNERSHIP v. LIBERTY NATIONAL ENTERPRISES. C. A. 9th Cir. Certiorari denied.

No. 97–916. ABROMSON ET AL. v. AMERICAN PACIFIC CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–919. VIDEO EXPRESS ET AL. v. OHIO EX REL. ECKSTEIN. Ct. App. Ohio, Fayette County. Certiorari denied.

No. 97–922. PONDER ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–927. OLIVIERI v. RODRIGUEZ. C. A. 7th Cir. Certiorari denied.

No. 97–929. DEVINE ET AL. v. INDIAN RIVER COUNTY SCHOOL BOARD. C. A. 11th Cir. Certiorari denied.

No. 97–932. GUETERSLOH v. TEXAS ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 97–940. SIMMONS v. WEBSTER COUNTY. Ct. App. Ga. Certiorari denied.

No. 97–942. ALTOSINO ET AL. v. WARRIOR & GULF NAVIGATION CO. ET AL. C. A. 11th Cir. Certiorari denied.